UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                              Case No. 3:23-mj-1162-JBT

**JASON M. CUNNINGHAM**              Defense Atty.: Maurice C. Grant, II, Esquire
                                                              AUSA: Ashley Washington

| JUDGE | Joel B. Toomey U. S. Magistrate Judge | DATE AND TIME | 3/23/2023 3:40 p.m. – 4:12 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Tracee Perrotti | TAPE/REPORTER | Digital |
| INTERPRETER | None present | PRETRIAL/PROBATION: | Kimberly Barrett |

CLERK'S MINUTES

PROCEEDINGS:           INITIAL APPEARANCE - RULE 5(c)(3)

Defendant arrested on an arrest warrant out of the Eastern District of Ohio on an Indictment.

Defendant did not request court appointed counsel.

Defendant waives his right to an identity hearing.

Defendant placed under oath and questioned regarding waving his right to an identity hearing.

The Court finds Defendant knowingly, intelligently, voluntarily and freely waived his right to an identity hearing in Jacksonville.

Government's oral motion for bond is **GRANTED.**

Unsecured Appearance Bond set in the amount of $10,000.00 with no deposit required to the Registry of the Court.

Defendant shall appear before the Honorable Donald C. Nugent, Senior U.S. District Judge, on April 6, 2023 at 9:00 a.m., Courtroom 15A, Cleveland, Ohio.

**Order Setting Conditions of Release to enter.**

**Removal Order to enter.**

**Filed in Open Court:**
    CJA 23 Financial Affidavit
    Waiver of Rule 5(c)(3) Hearings